SUSAN GORDEN, Appellant, *v.* JOSEPH GORDEN et al., Respondents.

*Go·den* v. *Gorden*, 80 App. Div. 258, affirmed.
(Argued June 14, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 23, 1903, modifying and affirming as modified a judgment entered upon a decision of the court at a Trial Term without a jury in an action for the admeasurement of dower.

*George W. McKenzie* for appellant.

*William P. Pickett, James O. Miller, Edward L. Somerville* and *James A. Sheehan* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

COUNT W. WEEKS, Respondent, *v.* E. HOLLOWAY COE, as Executor of E. FRANK COE, Deceased, Appellant.

*Weeks* v. *Coe*, 80 App. Div. 624, affirmed.
(Argued June 14, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 4, 1903, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*George A. Strong* and *Henry M. Earle* for appellant.

*Thaddeus D. Kenneson* and *Henry M. Whitehead* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.